IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEAURENZA EDWARDS,

    Plaintiff,

vs.                                        CASE NO. 5:11cv299/RS-EMT

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Amended Report and Recommendation (Doc. 11). Plaintiff has not filed objections to the Amended Report and Recommendation.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Amended Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) as frivolous.

3. All pending motions are denied as moot.

4. The clerk is directed to close the file.

**ORDERED** on November 7, 2011.

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**